UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| | |
|---|---|
| In re:<br><br>ZEPHANIAH B. BURROWS<br><br><br><br>Debtor(s), | Bankruptcy No:  26-10852<br><br>Chapter: 13<br><br>Judge: Honorable Derek J. Baker |

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1.  The motion is **GRANTED**.

2.  The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before March 30, 2026.

3.  This case may be dismissed without further notice if the Schedules are not filed by March 30, 2026.

4.  Any request for an extension of time must be filed on or before March 30, 2026.

DATE: **March 23, 2026**

_____
Honorable Derek J. Baker
U. S. Bankruptcy Judge