United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10852-djb

Zephaniah B. Burrows                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 3

Date Rcvd: Apr 21, 2026                        Form ID: pdf900                        Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Zephaniah B. Burrows, 4947 Walton Avenue, Philadelphia, PA 19143-2008 |
| 15109837 | + | Adult Probation & Parole Services, 201 W Front St, Media, PA 19063-2776 |
| 15119681 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Chelsea E. Summers, Esq, 1600 Arch St, Ste 300, Philadelphia, PA 19103-2016 |
| 15109842 | + | Delaware Co Drs, Po Box 543, Media, PA 19063-0543 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 22 2026 01:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2026 01:39:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15129654 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2026 01:45:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15109838 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2026 01:46:11 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15109854 | | Email/Text: megan.harper@phila.gov | Apr 22 2026 01:39:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15109839 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2026 01:46:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15109840 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2026 01:45:59 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15109841 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2026 01:45:59 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15109843 | | Email/Text: mrdiscen@discover.com | Apr 22 2026 01:39:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15109844 | ^ | MEBN | Apr 22 2026 01:38:56 | Dyck-O'Neal, Inc., 3100 Monticello Ave Ste 650, Dallas, TX 75205-3502 |
| 15109845 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2026 01:39:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15119945 | + | Email/Text: RASEBN@raslg.com | Apr 22 2026 01:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Apr 21, 2026 | Form ID: pdf900 | Total Noticed: 28

| 15128364 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 22 2026 01:45:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15109846 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Apr 22 2026 01:39:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15123454 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Apr 22 2026 01:39:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15109847 | ^ | MEBN | | |
| | | | Apr 22 2026 01:39:00 | OnPath Federal CU, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 15109848 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Apr 22 2026 01:39:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15109850 | ^ | MEBN | | |
| | | | Apr 22 2026 01:38:47 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15117365 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 22 2026 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15109849 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 22 2026 01:39:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15109851 | | Email/Text: bankruptcy@philapark.org | | |
| | | | Apr 22 2026 01:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15109852 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 22 2026 01:45:59 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15109853 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Apr 22 2026 01:39:00 | Transworld System Inc, P.O. Box 15110, Wilmington, DE 19850-5110 |
| 15109855 | + | Email/Text: claudia@zionsdebtholdings.com | | |
| | | | Apr 22 2026 01:39:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026 | Signature: | /s/Gustava Winters

District/off: 0313-2                           User: admin                                    Page 3 of 3
Date Rcvd: Apr 21, 2026                        Form ID: pdf900                              Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Zephaniah B. Burrows help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Zephaniah B. Burrows | ) | Case No. 26−10852−djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 31, 2026, this case is hereby DISMISSED.

**Date: April 21, 2026**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents due April 13, 2026:

Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities